# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON REMAND

## NO. 03-97-00380-CV

**R. Stephen McNally, Appellant**

**v.**

**Joseph Guevara and Maria Trevino, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
## NO. 95-09666, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

After the supreme court remanded this case to this Court, appellant R. Stephen McNally moved to dismiss his appeal. We grant McNally's motion and dismiss this appeal. We dismiss all other pending motions.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed:   December 6, 2001

Do Not Publish